PEOPLE *v* KIMBLE. Appeal from Oakland, William P. Hampton, J. Submitted Division 2 January 18, 1972, at Grand Rapids. (Docket No. 11890.) Decided February 21, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Thomas G. Plunkett,* Prosecuting Attorney, and *William G. Wolfram,* Assistant Prosecuting Attorney, for the people.

*Stanley W. Kurzman,* for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of armed robbery and he appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.